INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): January 31, 2020

2. Deadline for first request for production of documents and first request for interrogatories: February 27, 2020

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: plaintiff(s) 0 ; defendant(s) 5

3. Date for completion of any joinder of additional parties and amendment of the pleadings: March 27, 2020

3(a). Number of proposed additional parties to be joined, if any, by: plaintiff(s) 1 ; defendant(s) 1

4. Number of depositions by plaintiff(s) of: parties 2 ; non-parties 1

5. Number of depositions by defendant(s) of: parties 2 ; non-parties 1

6. Date of status conference (joint status report due two business days in advance): June 30, 2020

7. Date for completion of factual discovery: June 23, 2020

8. Are expert witnesses needed? Yes ___ No X

8(a). Number of expert witnesses, if any, of plaintiff(s): medical ___ ; non-medical ___

8(b). Date for completion of those expert reports: ___

8(c). Number of expert witnesses, if any, of defendant(s): medical ___ ; non-medical ___

8(d). Date for completion of those expert reports: ___

9. Date for completion of expert discovery: ___

10. Date of pretrial conference (brief *ex parte* statements of settlement position due via email two business days in advance): July 30, 2020

11. Types of contemplated dispositive motions by plaintiff(s) and dates for filing of those motions: Summary Judgement August 7, 2020

3

12. Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:  <u>Summary Judgment</u>  <u>August 7, 2020</u>

13. Have counsel reached any agreements regarding electronic discovery?  (If so, please describe at the initial conference.)  Yes <u>X</u>  No ___

14. Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts?  (If so, please describe on a separate page.)  Yes ___  No <u>X</u>

15. Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)?  (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.)  Yes ___  No <u>X</u>